UNITED STATES of America,
Plaintiff–Appellee,

v.

Herbert A. BATES, Defendant–Appellant.

No. 06–10464.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 18, 2008.

Samantha S. Spangler, Esq., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Victor S. Haltom, Esq., Sacramento, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Herbert A. Bates appeals from the district court's decision following limited remand under *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), that it would not have imposed a materially different sentence had it known that the Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Bates contends that his sentence is improperly multiplicitous, and that his sentence should be rectified on appeal, rather than in a subsequent 28 U.S.C. § 2255 proceeding. We are not persuaded. Under the law of the case doctrine, we decline to reexamine this Court's prior conclusion in *United States v. Smith*, 424 F.3d 992, 999–1003 (9th Cir.2005), that Bates failed to demonstrate plain error. *See Old Person v. Brown*, 312 F.3d 1036, 1039 (9th Cir.2002).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.